**McGuireWoods LLP**
Christopher A. Killens, Esq. (SBN 254466)
    Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel:   (310) 315-8200
Fax:   (310) 315-8210

Peter N. Farley (admitted *pro hac vice*)
    Email: pfarley@mcguirewoods.com
Katherine L. Kendricks (admitted *pro hac vice*)
    Email: kkendricks@mcguirewoods.com
1230 Peachtree Street NE, Suite 2100
Atlanta, GA 30309
Tel: (404) 443-5500
Fax: (404) 443-5599

Attorneys for Plaintiff BEAULIEU GROUP, LLC

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| BEAULIEU GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIKE BATES,<br><br>　　　　Defendant. | CASE NO. 5:15-cv-01090<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**<br><br>Date:　December 7, 2015<br>Time:　9:00 a.m.<br>Crtrm.: 1 |

TO DEFENDANT MIKE BATES AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2015, at 9:00 a.m. in Courtroom 1 of the above-entitled court located at 3470 Twelfth Street, Riverside, California 92501, Plaintiff Beaulieu Group, LLC ("Beaulieu") will and hereby does move this Court for leave to amend its First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15.

Specifically, Beaulieu seeks to amend the FAC to (1) add a jury trial demand; and (2) allege additional facts to clarify the circumstances under which Defendant was hired by Beaulieu and to clarify that the Confidentiality and Non-Disclosure Agreement ("Agreement") that was presented to Defendant as part of his employment was not a contract of adhesion. Plaintiff's proposed amendments are brought in good faith, are not futile, and would not significantly delay the proceedings or prejudice Defendant.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all other papers and pleadings on file, and such other oral and documentary evidence as may be presented during the hearing on this matter., This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 29, 2015.

DATED: November 7, 2015         **McGuireWoods LLP**

By: /s/ Katherine Kendricks
Christopher A. Killens, Esq.
Peter N. Farley, Esq.
Katherine L. Kendricks, Esq.

Attorneys for Plaintiff
BEAULIEU GROUP, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2015, I electronically filed the foregoing document entitled **NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)** with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: /s/Katherine Kendricks

Christopher A. Killens, Esq.
Peter N. Farley, Esq.
Katherine L. Kendricks, Esq.

Attorneys for Plaintiff
BEAULIEU GROUP, LLC