UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-1090-JGB (KKx) | Date: | June 10, 2016 |
| Title: | *Beaulieu Group, LLC v. Mike Bates* | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order re: Stipulated Protective Order [Dkt. 48]

The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration. The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

1. Proposed ¶ 6.1 must be revised to make clear that any challenges to a designation of confidentiality may be made at any time *that is consistent with the Court's Scheduling Order*.

2. Proposed ¶ 6 must be revised make clear that any motion challenging a party's designation of material as Confidential Information *or seeking to retain confidentiality* must be brought in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).

3. Proposed ¶¶ 7.2 and 7.3 must be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, including the Court's court reporters, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal. Nor should the terms of the Protective Order prohibit disclosure to any mediator or settlement officer, and their supporting personnel, mutually agreed upon by any of the parties engaged in settlement discussions.

      4.      The Court notes Local Rule 79 was revised effective December 1, 2015. The Court directs the parties to review the revised rules. Proposed ¶ 12.3 needs to be revised to (a) delete references to subsections that do not exist in the current version of the Local Rules, and (b) delete the following sentence: "Pursuant to Civil Local Rule 79-5, a sealing order will issue only upon a request establishing that the Protected Material at issue is privileged, protectable as a trade secret, or otherwise entitled to protection under the law."

      The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order. The parties are strongly encouraged to use the language contained in the approved stipulated protective order.

cc:    District Judge Jesus G. Bernal