**MCGUIREWOODS LLP**
Lindsay L. Ryan (SBN 258130)
Email: lryan@mcguirewoods.com
Brian D. Fahy, Esq. (SBN 266750)
Email: bfahy@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel:   (310) 315-8200
Fax:   (310) 315-8210

Peter N. Farley (admitted *pro hac vice*)
Email: pfarley@mcguirewoods.com
1230 Peachtree Street NE, Suite 2100
Atlanta, GA 30309
Tel: (404) 443-5500
Fax: (404) 443-5599
Attorneys for Plaintiff BEAULIEU GROUP, LLC

RYAN T. McCOY (SBN: 239882)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000
E-mail:  ryan.mccoy@alston.com

CHRISTOPHER C. MARQUARDT (*Pro Hac Vice*)
**ALSTON & BIRD, LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  404-881-7000
E-mail:  cmarquardt@alston.com
Attorneys for Defendant MICHAEL BATES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BEAULIEU GROUP, LLC,<br><br>             Plaintiff,<br><br>    vs.<br><br>MIKE BATES,<br><br>             Defendant. | CASE NO. 5:15-cv-01090-JGB -KK<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER** |
|---|---|

**STIPULATED PROTECTIVE ORDER**

1 **[PROPOSED] ORDER**

2 **FOR GOOD CAUSE SHOWN**, the Court hereby approves this Stipulated
3 Protective Order.

4 **IT IS SO ORDERED**.

5

6 Dated:     June 17, 2016                    _____
7                                             THE HON. KENLY KIYA KATO
                                              UNITED STATES MAGISTRATE JUDGE